THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LATRICE SALVADOR § | |
| § | |
| v. § | Civil Action No. 4:23-cv-585-SDJ-KPJ |
| § | |
| TARGET CORPORATION § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 6, 2023, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #13), that Plaintiff Latrice Salvador's ("Plaintiff") Motion to Remand, (Dkt. #7), and Defendant Target Corporation's ("Target") Motion to Dismiss Plaintiff's Amended Petition (the "Motion to Dismiss"), (Dkt. #9), be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, Plaintiff's Motion to Remand, (Dkt. #7), and Target's Motion to Dismiss, (Dkt. #9), are denied.

**So ORDERED and SIGNED this 31st day of January, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE