THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LATRICE SALVADOR and<br>TENIOLA SALVADOR<br><br>v.<br><br>TARGET CORPORATION, *et al.* | §<br>§<br>§   Civil Action No. 4:23-cv-585-SDJ-KPJ<br>§<br>§<br>§<br>§<br>§ |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 2, 2024, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #20), that Defendant Target Corporation's ("Target") Motion to Dismiss, (Dkt. #18), be granted, and Plaintiffs Latrice Salvador and Teniola Salvador's ("Plaintiffs") discrimination claim asserted against Target be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Dismiss, (Dkt. #18), is **GRANTED**, and Plaintiffs' discrimination claim asserted against Target is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 13th day of September, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE